BLANCHE HURLEY, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

(Submitted May 18, 1936; decided May 26, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 275.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. HANDASYDE WHITNEY, Appellant, against MARK GRAVES et al., as Tax Commissioners of the State of New York, Respondents.

(Submitted May 25, 1936; decided May 26, 1936.)

MOTION to amend the remittitur granted and remittitur amended by adding thereto the following: " Upon the appeal herein the relator contended that the assessment of a tax against relator under sections 351 and 351-a of the Tax Law of the State of New York contravenes the Fourteenth Amendment of the Federal Constitution as an extraterritorial tax, and such question was presented and necessarily passed upon but not sustained by the court." (See 271 N. Y. 594.)